**FILED**

OCT 10 2008

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-10-M-DWM |
| Plaintiff, | ) | |
| vs. | ) | VERDICT |
| JAY FRANDSEN, JAY LOVELL SHUMWAY, LARRY THERON HUTCHINGS, and ROGER KEITH HUTCHINGS, | ) | |
| Defendants. | ) | |

**Roger Keith Hutchings**

We the Jury, in the above-entitled cause find the defendant, ROGER KEITH HUTCHINGS as to Count I of the Indictment pending against him:

__X__ Not Guilty

_____ Guilty

DATED this 10th day of October, 2008

_____
FOREPERSON

1