# UNITED STATES DISTRICT COURT

DISTRICT OF Montana    Missoula Division

UNITED STATES OF AMERICA

V.

Roger Keith Hutchings

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR 08-10-M-DWM

The Defendant was found not guilty on Count 1 of the indictment by a jury. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Donald W. Molloy, United States District Judge
Name and Title of Judge

10/10/2008
Date