ANDREW J. NELSON
MUDD NELSON, P.C.
257 W. Front St., Suite A
P.O. Box 8154
Missoula, MT 59807-8154
Tel: (406) 549-5468
Fax: (406) 549-5469
andy@muddnelson.com

Attorney for Defendant Roger Hutchings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAY FRANDSEN<br>JAY LOVELL SHUMWAY<br>LARRY THERON HUTCHINGS, and<br>ROGER KEITH HUTCHINGS<br><br>Defendants. | CR 08-10-M-DWM<br><br>**DEFENDANT ROGER HUTCHINGS' MOTION FOR LEAVE TO RELY ON SEALED DOCUMENTS** |
|---|---|

Defendant ROGER HUTCHINGS, by and through counsel, respectfully moves for leave to rely on sealed documents pursuant to Local Rule 7.4 and in accordance with the Court's Order dated October 30, 2008 (Docket No. 90).

The sealed documents filed in connection with this motion are copies of 2006 and 2007 tax returns for Defendant Roger Keith Hutchings. Accordingly, the documents contain private financial information and should remain under seal for review by United States Magistrate Judge

MOTION FOR LEAVE TO RELY ON SEALED DOCUMENTS                                                  PAGE 1

Jeremiah C. Lynch in determining Hutchings' ability to pay reimbursement of his attorney fees.

RESPECTFULLY SUBMITTED this 11th day of November, 2008.

/s/ Andrew J. Nelson
Andrew J. Nelson
Attorney for Defendant